FREDERICK H. SCHARDT, Appellant, v. THE FELMAR REALTY COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOHN M. TORR, Respondent, v. ALEXANDER J. HEMPHILL, Treasurer of the INTER-RACIAL COUNCIL, an Association, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

RICHARD D. WHITING, as Surviving Executor, etc., of WILLIAM RICHARD DENHAM, Deceased, Appellant, v. HUDSON TRUST COMPANY and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

UTICA PARTITION CORPORATION, Appellant, v. JACKSON CONSTRUCTION COMPANY, INC., Appellant, Impleaded with Others.  ROBERT S. MULLEN, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements, and appellants' brief stricken from the files of the court as being improper and scandalous.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

AMERICAN UNION LINE, INC., Respondent, v. ORIENTAL NAVIGATION CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

PHILIP HORINSTEIN, Respondent, v. JACOB BLUMENTHAL, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Application of HAROLD B. BERNARD, Appellant, to Open the Probate Proceedings Admitting the Last Will and Testament of SOPHIE BERNARD, Deceased, to Probate.  ESTHER HERNSTEIN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LOU H. THORN, Respondent, v. PERCY M. THORN, Appellant.— Orders affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.